[845 NE2d 1268, 812 NYS2d 438]

Irving Malawer, Respondent, v New York City Transit Authority et al., Appellants.

Decided February 21, 2006

**APPEARANCES OF COUNSEL**

*Steve S. Efron*, New York City (*Renee L. Cyr* of counsel), for appellants.

*John J. Appell*, New York City, for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs, and the certified question answered in the affirmative. Defendants owed a duty to plaintiff to stop at a place from which plaintiff could safely disembark and leave the area (*see Miller v Fernan*, 73 NY2d 844, 846 [1988]). A triable issue of fact exists whether defendants breached that duty.

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH concur in memorandum.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, etc.